IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10307
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DERRICK TAYLOR,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-200-2-X
- - - - - - - - - -
December 10, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Derrick Taylor appeals his guilty-plea conviction for
trafficking in counterfeit access devices affecting interstate
commerce and aiding and abetting, in violation of 18 U.S.C.
§§ 1029(a)(1) and 2.  He argues that his guilty plea was rendered
involuntary by the district court's failure to inform him that
his federal sentence would run consecutively to a state sentence.

    The district court was not obligated to advise Taylor that
his federal sentence would run consecutively to a state sentence.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

United States v. Saldana, 505 F.2d 628, 628 (5th Cir. 1974). The

transcript from the guilty-plea hearing shows that the district court fully complied with the requirements of Fed. R. Civ. P. 11 in accepting Taylor's guilty plea and that Taylor's plea was knowingly and voluntarily made. Boykin v. Alabama, 395 U.S. 238, 242 (1969).

AFFIRMED.